**Dismiss and Opinion Filed November 5, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01169-CR**

**DARRION DONTE WHITTEN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F23-20828**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Molberg

Before the Court is appellant's motion to withdraw notice of appeal, filed November 1, 2024. The motion states, "Appellant requests that the court withdraw his notice of appeal because the Appellant does not wish to pursue the appeal." The motion is signed by appellant and appellant's counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss the appeal.

/Ken Molberg/
KEN MOLBERG
JUSTICE

241169f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

DARRION DONTE WHITTEN,
Appellant

No. 05-24-01169-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F23-20828.
Opinion delivered by Justice
Molberg. Justices Reichek and Smith
participating.

Based on the Court's opinion of this date, appellant's November 1, 2024 motion to withdraw notice of appeal is **GRANTED**, and we **ORDER** the appeal dismissed.

Judgment entered this 5th day of November, 2024.